UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> MIKE HILGERS, in his official capacity as Attorney General of Nebraska, <br><br> *Defendant*. | Case Nos. 4-25-cv-3089 (lead); <br> 4:25-cv-3163 |

**PLAINTIFF'S NOTICE**

The parties have raised various arguments about the Rebate Model Pilot Program, which was preliminarily enjoined in *American Hospital Association v. Kennedy*, No. 2:25-cv-600 (D. Me. Dec. 29, 2025). On February 5, 2026, the government and the plaintiff there jointly moved to: vacate the approvals of 340B rebate program applications; remand to the agency; and close the case. *See* Joint Mot. for Vacatur and Remand, *Am. Hosp. Ass'n v. Kennedy*, No. 2:25-cv-600 (D. Me. Feb. 5, 2026), Dkt. 114. On February 6, the Office of Management and Budget received from HRSA a pre-rule document entitled, "340B Drug Pricing Program Manufacturer Rebate Models," Office of Info. and Regul. Affs., Office of Mgmt. and Budget, 340B Drug Pricing Program Manufacturer Rebate Models (Feb. 2, 2026), https://perma.cc/B9PP-W6ZC. On February 13, HRSA filed a Request for

Information seeking input on whether to implement a rebate model pilot program. *See* HRSA, *Request for Information: 340B Rebate Model Pilot Program*, https://perma.cc/K762-V3F3. While, at this time, the pilot program no longer provides a basis for enjoining L.B. 168, PhRMA reserves the right to reassert preemption should HRSA implement a renewed version of that program, which, as evident from the post-vacatur agency activity, it is already contemplating. *See* Dkt. No. 75. Aside from this single clarification, all of PhRMA's claims and arguments remain before the Court for consideration.

DATED this 9th day of March, 2026.

Respectfully submitted,

By: */s/ Alexander S. Arkfeld*

ALEXANDER S. ARKFELD, #27277
DANIEL J. GUTMAN, #26039
GUTMAN LAW GROUP
P.O. Box 485
Omaha, Nebraska 68101
(402) 570-8836
alex@glg.law
daniel@glg.law

ERIN E. MURPHY*
 MATTHEW D. ROWEN*
PHILIP HAMMERSLEY*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
erin.murphy@clementmurphy.com

\* *pro hac vice* forthcoming

*Counsel for PhRMA*

## **CERTIFICATE OF SERVICE**

I certify that on March 9, 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send an electronic copy of the filing by email to all counsel of record.

*/s/ Alexander S. Arkfeld*
Alexander S. Arkfeld
